■ BRANDY B., Individually and as Mother and Natural Guardian of BRENNA B., an Infant, Plaintiff, v EDEN CENTRAL

SCHOOL DISTRICT et al., Defendants and Third-Party Plaintiffs-Appellants. JOHN ZAJAC et al., as Foster Parents and Guardians to ROBERT FELVUS, an Infant, Third-Party Defendants-Respondents, et al., Third-Party Defendant. (Appeal No. 2.) [879 NYS2d 753]—Appeal from an order of the Supreme Court, Erie County (Kevin M. Dillon, J.), entered June 6, 2008 in a personal injury action. The order granted the motion of third-party defendants John Zajac and Karen Zajac, as foster parents and guardians to Robert Felvus, an infant, for summary judgment dismissing the third-party complaint against them.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Brandy B. v Eden Cent. School Dist.* (63 AD3d 1583 [2009]). Present—Scudder, P.J., Martoche, Fahey, Peradotto and Green, JJ.